Michael B. Himmel
Michael T.G. Long
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

John Rizio-Hamilton (*pro hac vice*)
Abe Alexander (*pro hac vice*)
Jesse Jensen (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION SECURITIES LITIGATION | Civil Action No. 16-6509 (ES) (CLW) |

## NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

To:  All persons on ECF service list

**PLEASE TAKE NOTICE** that, on October 4, 2021 or at an earlier date and time as the Court shall determine, the undersigned counsel for Lead Plaintiffs Union Asset Management Holding AG, Amalgamated Bank, as Trustee for the LongView Collective Investment Funds, and the Fire and Police Pension Association of Colorado ("Lead Plaintiffs") will move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order Preliminarily Approving

Proposed Settlement and Providing for Notice which, among other things, will (i) preliminarily approve the proposed settlement; (ii) certify the proposed Settlement Class, certify Lead Plaintiffs as Class Representatives for the Settlement Class, and appoint Lead Counsel as Class Counsel for the Settlement Class, for purposes of settlement only; (iii) approve the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) schedule a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses.

The undersigned intend to rely upon the annexed brief. The Stipulation and Agreement of Settlement (the "Stipulation") and its exhibits are enclosed herewith. In accordance with the terms of the Stipulation, the Motion is unopposed. Accordingly, Lead Plaintiffs respectfully submit that the Motion is ripe for consideration by the Court.

Dated: September 7, 2021

**LOWENSTEIN SANDLER LLP**
*s/ Michael B. Himmel*
Michael B. Himmel
Michael T.G. Long
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500
Facsimile: (973) 597-2400
Emails:   mhimmel@lowenstein.com
              mlong@lowenstein.com

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

                        **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
Abe Alexander (*pro hac vice*)
Jesse Jensen (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Emails:         johnr@blbglaw.com
        Abe.Alexander@blbglaw.com
          Jesse.Jensen@blbglaw.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

#3047362