

| **Michael B. Himmel** | One Lowenstein Drive |
|---|---|
| Partner | Roseland, New Jersey 07068 |

**T**: 646.414.6904
**F**: 973.597.6173
**E**: mhimmel@lowenstein.com

September 7, 2021

V<small>IA</small> ECF

The Honorable Esther Salas
United States District Court
   for the District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    **In re Cognizant Technology Solutions Corporation Securities Litigation.**
       **Case No.:  2:16-cv-06509 (ES) (CLW)**

Dear Judge Salas:

We are Liaison Counsel for Lead Plaintiffs in the above-captioned action. Today, Lead Plaintiffs filed their papers in support of their unopposed motion for preliminary approval of the Settlement, which, subject to the Court's approval, will resolve this Action for $95 million. Because the motion is unopposed by Defendants, it is presently ripe for consideration by the Court.

If the Court grants preliminary approval of the proposed Settlement, we respectfully request that the Court adopt the proposed schedule set forth in the [Proposed] Order Preliminarily Approving Proposed Settlement and Providing for Notice (the "Preliminary Approval Order"). The Preliminary Approval Order will establish dates for: (a) a hearing to consider final approval of the Settlement and related matters (the "Settlement Hearing"); (b) the mailing and publication of notice of the Settlement to the Settlement Class, and (c) Settlement Class Members to submit Claims, object to the proposed Settlement, or request exclusion from the Settlement Class.

Lead Plaintiffs request that Court schedule the Settlement Hearing on December 13, 2021, or at the Court's earliest convenience after that date. The illustrative dates provided below assume that the Court enters the Preliminary Approval Order on September 14, 2021, and sets the Settlement Hearing for **December 13, 2021**. Please note that the Court need only enter the date of the Settlement Hearing at paragraph 5 of the accompanying proposed Preliminary Approval Order, as all other dates or deadlines referenced below will be set based on either (a) the date of entry of the Preliminary Approval Order or (b) the date chosen by the Court for the Settlement Hearing.

Honorable Esther Salas
September 7, 2021
Page 2

| Event | Proposed Timing | Example Date |
|---|---|---|
| Deadline for mailing the Notice and Claim Form to Settlement Class Members (which date shall be the "Notice Date") | No later than 15 business days after entry of Preliminary Approval Order (Preliminary Approval Order ¶ 7(b)) | October 5, 2021 |
| Deadline for publishing the Summary Notice | No later than 10 business days after the Notice Date (Preliminary Approval Order ¶ 7(d)) | October 20, 2021 |
| Deadline for filing of papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's motion for attorneys' fees and expenses) | 35 calendar days before the date set for the Settlement Hearing (Preliminary Approval Order ¶ 27) | November 8, 2021 |
| Deadline for receipt of requests for exclusion or objections | 21 calendar days before the date set for the Settlement Hearing (Preliminary Approval Order ¶¶ 14, 17, 18) | November 22, 2021 |
| Deadline for filing reply papers | 7 calendar days before the Settlement Hearing (Preliminary Approval Order ¶ 27) | December 6, 2021 |
| Settlement Hearing | 90 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter, but not before December 13, 2021 (Preliminary Approval Order ¶ 5) | December 13, 2021 |
| Postmark deadline for submitting Claim Forms | 120 calendar days after the Notice Date (Preliminary Approval Order ¶ 11) | February 2, 2022 |

We appreciate the Court's consideration of this matter.  We are available at the Court's convenience to answer any questions or discuss this matter further.

Respectfully submitted,

*s/ Michael B. Himmel*