Michael B. Himmel
Michael T.G. Long
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

John Rizio-Hamilton (*pro hac vice*)
Abe Alexander (*pro hac vice*)
Jesse Jensen (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION SECURITIES LITIGATION | Civil Action No. 16-6509 (ES) (CLW) |

**NOTICE OF LEAD COUNSEL'S MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES**

To:  All persons on ECF service list

**PLEASE TAKE NOTICE** that, on December 20, 2021 at 2:00 p.m., either in Courtroom 5A of the United States District Court for the District of New Jersey, Courtroom 5A, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, or by telephone or videoconference (in the discretion of the Court), Lead Counsel will and hereby does move the Court, before the Honorable Esther Salas, for an order granting an award of attorneys' fees and

litigation expenses in the above-captioned class action.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, the undersigned intend to rely on the accompanying Memorandum of Law and the accompanying Declaration of John Rizio-Hamilton and exhibits attached thereto, and the papers and pleadings filed in this Action, the arguments of counsel, and any other matters properly before the Court.

PLEASE TAKE FURTHER NOTICE that, a proposed order granting the relief requested herein will be submitted in connection with Lead Counsel's reply submission, which will be filed no later than December 6, 2021, pursuant to the Court's September 9, 2021 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 167).

| | |
|---|---|
| Dated:  November 8, 2021 | **LOWENSTEIN SANDLER LLP**<br>*s/ Michael B. Himmel*<br>Michael B. Himmel<br>Michael T.G. Long<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone (973) 597-2500<br>Facsimile: (973) 597-2400<br>Emails:     mhimmel@lowenstein.com<br>                   mlong@lowenstein.com<br><br>*Liaison Counsel for Lead Plaintiffs and the Settlement Class* |

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
John Rizio-Hamilton (*pro hac vice*)
Abe Alexander (*pro hac vice*)
Jesse Jensen (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Emails:   johnr@blbglaw.com
          Abe.Alexander@blbglaw.com
          Jesse.Jensen@blbglaw.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

#3062770

## CERTIFICATION OF SERVICE

I hereby certify that on November 8, 2021, I caused the foregoing Notice of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses to be electronically filed with the Clerk of the Court using the ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: November 8, 2021            *s/ Michael B. Himmel*
                                                  Michael B. Himmel